AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| LASHAWNE KIRKEM <br><br> *Plaintiff(s)* <br> v. <br> A&B ENTERPRISES OF LONG ISLAND, INC. (d/b/a AT HOME SENIOR CARE) and JOHN CAMPBELL, Individually <br><br> *Defendant(s)* | Civil Action No. 25-cv-2136 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Please see Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dorina Cela, Esq.
Phillips & Associates, PLLC
45 Broadway, Floor 28
New York, New York 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 4/17/2025

*Signature of Clerk or Deputy Clerk*
/s/ Shirley Mora

**Full Caption**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X   **Docket No.: 2:25-cv-02136**
LASHAWNE KIRKEM,

                                Plaintiff,

      - against -

A&B ENTERPRISES OF LONG ISLAND, INC.
(d/b/a AT HOME SENIOR CARE) and
JOHN CAMPBELL, *In His Individual and Official Capacity*,

                              Defendants.
-------------------------------------------------------------------X

TO: (*Defendants name and address*):

A&B ENTERPRISES OF LONG ISLAND, INC.
(d/b/a AT HOME SENIOR CARE).
2079 Wantagh Avenue, Wantagh, NY 11793

JOHN CAMPBELL
c/o A&B Enterprises of Long Island, Inc.
2079 Wantagh Avenue, Wantagh, NY 11793